# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **REBECCA LEDBETTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:18-cv-02546 |
| | ) |
| **INTERNATIONAL ASSOCIATION OF** | ) |
| **MACHINISTS AND AEROSPACE** | ) |
| **WORKERS, et al** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF DEPOSITION OF TONY BLEVINS

TO: ALL COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED that the Plaintiff in the above-captioned case will take the deposition of Tony Blevins (hereinafter "Blevins") with all parties attending remotely using Zoom.com. on the 13th day of August, 2020 at 1:00 p.m., and that deposition, if not completed on that day, will be continued or adjourned from time to time or from place to place until completed. Such testimony will be recorded stenographically.

Respectfully Submitted,

EDELMAN, LIESEN & MYERS, L.L.P.

/s/ *Sarah C. Liesen*
Sarah C. Liesen KS #26988
208 West Linwood Boulevard
Kansas City, Missouri 64111
Telephone: (816) 301-4056
Facsimile: (816) 463-8449
sliesen@elmlawkc.com

ATTORNEY FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that on the 5th day of August, 2020, the foregoing was filed using the Court's electronic filing system, which notifies all counsel of record.

      /s/Sarah C. Liesen
      **ATTORNEY FOR PLAINTIFF**